IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR171 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ANTONIO OCHOA-GUZMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion to continue (Filing No. 39). The Court notes there is now on file a petition to enter a plea of guilty (Filing No. 42) and a plea agreement (Filing No. 43). Accordingly,

IT IS ORDERED that defendant's motion is granted; a Rule 11 hearing is scheduled for:

**Monday, December 3, 2007, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 9th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court